JUDGE COAR

MAGISTRATE JUDGE NOLAN  J.N

**FILED**

APR 2 2 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR** **333** |
| | ) | |
| v. | ) | Violations: Title 8, United States Code, |
| | ) | Sections 1326(a) and (b)(2); Title 6, |
| JORGE RAMIREZ-LOPEZ | ) | United States Code, Section 202(4) |
| | ) | |

## COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about July 6, 2007, at Lockport, in the Northern District of Illinois, Eastern Division,

JORGE RAMIREZ-LOPEZ,

defendant herein, an alien who previously had been deported and removed from the United States

on or about August 4, 1997, April 28, 1999, and December 9, 2005, was present and found in the

United States without previously having obtained the express consent of either the Attorney

General of the United States or the Secretary of the Department of Homeland Security for

reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States

Code, Section 202(4).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY