## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 333 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Jorge Ramirez-Lopez | | |

**DOCKET ENTRY TEXT:**

Arraignment and Plea held on the indictment on 5/14/2008. Defendant appeared with counsel and official interpreter. Leave granted Ross M. Eagle to file appearance on behalf of defendant (appointment Nunc pro tunc 4/25/2008). Defendant entered a plea of not guilty to the indictment. Local Rule 16 materials to be tendered by the government withing seven days - defendant will not be filing motions. Status hearing set for 6/3/2008 at 9:30 a.m. (The date of 6/4/2008 as stated on the record is changed to 6/3/2008). Defendant remanded to the custody of the U.S.Marshal. Pursuant to 18:3161(h)(8)(A)(B), (h)(1)(F) time is excluded through and including 6/3/2008. (X-T)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|