# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

FILED
MAY 14 2008
May 14 2008
Judge David H. Coar
United States District Court

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 08 CR 333
JORGE RAMIREZ-LOPEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JORGE RAMIREZ-LOPEZ

| | |
|---|---|
| NAME (Type or print) <br> Ross M. Eagle | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ross M. Eagle | |
| FIRM <br> Jester, Kenworthy & Eagle LLC | |
| STREET ADDRESS <br> 53 West Jackson Boulevard, Suite 1324 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216008 | TELEPHONE NUMBER <br> 312-435-9901 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓ | |