# FINANCIAL AFFIDAVIT

**FILED**
MAY 1 4 2008
5-14-08
Judge David H. Coar
United States District Court

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Ramirez-Lopez
FOR: Representation
AT: ilnd

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Jorge Ramirez-Lopez

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: 08 CR 333
Court of Appeals: 

CHARGE/OFFENSE: 8 U.S.C. 1326(a) ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: 
IF YES, how much do you earn per month? $ 
IF NO, give month and year of last employment. How much did you earn per month? $ 
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ 
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ 

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

**MARITAL STATUS / DEPENDENTS**
___ SINGLE
___ MARRIED
___ WIDOWED
✗ SEPARATED OR DIVORCED

Total No. of Dependents: 4

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: 
Creditors: 
Monthly Paymt: $ 0 / $ 0

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/14/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Jorge Ramirez Lopez*