# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                              Case No.: 1:08−cr−00333
                                                      Honorable David H. Coar

Jorge Ramirez−Lopez

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Jorge Ramirez−Lopez: Status hearing held on 6/3/2008. Status hearing continued to 6/27/2008 at 09:30 AM.Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 6/27/2008. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.