## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 333-1 | **DATE** | 7/24/2008 |
| **CASE TITLE** | U.S.A. vs. JORGE RAMIREZ-LOPEZ | | |

**DOCKET ENTRY TEXT**

Status/Change of plea hearing held on 7/24/2008. Defendant withdraws plea of not guilty and enters a BLIND plea ( NO WRITTEN AGREEMENT) of guilty to the the indictment. Defendant informed of rights. The Court finds that the defendant is competent, after a lengthy colloquy as to the defendant's rights, to enter into the plea . The Court accepts the plea and enters Judgment of Guilty to the indictment. Order cause referred to the Probation Office for presentence investigation. Sentencing Hearing set for November 12, 2008 at 9:30 a.m. Defendant remanded to the U.S. Marshal.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|